IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC<br><br>    Plaintiff,<br><br>  v.<br><br>MOTOROLA MOBILITY LLC,<br><br>    Defendant. | Civil Action No.  3:21-cv-01036-N<br><br>JURY TRIAL DEMANDED |

### SEVEN'S OPPOSITION TO MOTOROLA'S MOTION FOR LEAVE TO FILE A SURREPLY REGARDING PLAINTIFF'S MOTION TO COMPEL [DKT. 169]

Motorola's sur-reply relates to the *Sonrai* expert reports, one of three issues remaining in SEVEN's Motion to Compel Motorola to Produce Documents and Discovery.  Dkt. 151; Dkt. 163-01.  There is no need for Motorola to file a sur-reply because SEVEN withdrew this issue following Motorola's new revelation that Motorola destroyed the *Sonrai* reports.  *See* Dkt. 170 (Notice).

As SEVEN explained in its Notice, SEVEN spent considerable time and effort meeting and conferring, corresponding, and briefing this issue over four months while Motorola made the sole objection that the reports contain third-party confidential information.  *See* Dkt. 140-04 at APPX0245.  Motorola never advised SEVEN that the reports SEVEN sought had been destroyed until SEVEN had already met and conferred numerous times on this issue, filed a motion to compel, and fully briefed the motion.  *See* Dkt. 170-01 (email thread).  And when Motorola first informed SEVEN of the destruction a week after the motion briefing concluded, Motorola repeatedly refused to answer when it first learned the reports were destroyed, presumably because it never bothered to investigate the issue until after it wasted SEVEN's and the Court's time.  *Id.*  Regardless, the issue in the sur-reply is moot.  Motorola's Motion should be denied, and SEVEN

1

respectfully requests that the Court consider the remaining two issues in its Motion to Compel.

Dated: July 17, 2023

Respectfully submitted

/s/ Samuel F. Baxter
Samuel F. Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Radu Lelutiu
rlelutiu@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
Chris McNett
cmcnett@mckoolsmith.com
**MCKOOL SMITH, P.C.**
395 9th Avenue, 50th Floor
New York, NY 10001

Eric Hansen
Texas State Bar No. 19196650
ehansen@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Geoff Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701

**ATTORNEYS FOR PLAINTIFF
SEVEN NETWORKS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via CM/ECF on July 17, 2023.

/s/ *Kevin Schubert*
Kevin Schubert