IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br>    Defendant. | CASE NO. 3:21-cv-1036-N |

### AGREED ORDER MODIFYING THE SCHEDULING ORDER

Pending before the Court is the parties' Joint Motion to Modify the Scheduling Order. Having considered the motion, the Court finds that it is based on good cause and should be granted.

IT IS THEREFORE ORDERED THAT:

1. Opening expert reports will be due February 16, 2024.

2. Opposition reports will be due March 19, 2024.

3. Rebuttal reports will be due April 3, 2024.

4. Discovery closes and motions will be due on April 18, 2024.

5. Pre-trial materials will be filed on June 14, 2024, and any other pretrial deadlines are extended by 30 days.

6. This case is now set for trial on July 15, 2024.

Signed this 27th day of December, 2023.

David C. Godbey
Chief United States District Judge

1

AGREED AS TO FORM AND SUBSTANCE:

*/s/ Eric H. Findlay*
Justin P.D. Wilcox *(pro hac vice)*
David J. Shaw *(pro hac vice)*
**DESMARAIS LLP**
1899 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006
Telephone: 202-451-4900
Facsimile: 202-451-4901
Email: jwilcox@desmaraisllp.com
dshaw@desmaraisllp.com

John M. Desmarais *(pro hac vice)*
Steven M. Balcof *(pro hac vice)*
Ryan G. Thorne *(pro hac vice)*
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
Email: jdesmarais@desmaraisllp.com
sbalcof@desmaraisllp.com

Eric Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: 903-534-1100
Facsimile: 903-534-1137
Email: efindlay@findlaycraft.com
bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANT MOTOROLA MOBILITY LLC**

/s/ *Sam Baxter*
Samuel F. Baxter Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Radu Lelutiu
rlelutiu@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
Chris McNett
cmcnett@mckoolsmith.com
**MCKOOL SMITH, P.C.**
395 9th Avenue, 50th Floor New York, NY 10001

Eric Hansen
Texas State Bar No. 19196650
ehansen@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Geoffrey Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
**MCKOOL SMITH, P.C..**
303 Colorado Street, Suite 2100
Austin, Texas 78701

**ATTORNEYS FOR PLAINTIFF SEVEN NETWORKS, LLC**