IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SEVEN NETWORKS, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**MOTOROLA MOBILITY LLC**<br><br>Defendant. | Civil Action No.  3:21-cv-1036<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION REGARDING CERTAIN DOCUMENTS**

Plaintiff SEVEN Networks, LLC ("SEVEN") and Defendant Motorola Mobility LLC ("Motorola") file this Joint Stipulation Regarding Certain Documents. For the purposes of this litigation alone, the parties stipulate that the documents listed below are authentic business records and are therefore subject to FRE 803(6) and excepted from the rule against hearsay. The parties retain the ability to raise objections other than hearsay or authenticity to the listed documents.

| Bates No. | Description |
|---|---|
| MTRL-00030625 | https://web.archive.org/web/20120805081207/ http://developer.android.com/guide/topics/data/index.html |
| MTRL-00030649 | https://web.archive.org/web/20120802010931/ http://developer.android.com/guide/google/gcm/index.html |
| MTRL-00030706 | https://web.archive.org/web/20120713031457/ https://developer.android.com/reference/android/content/Intent.html |
| MTRL-00030825 | https://web.archive.org/web/20120728234107/ http://developer.android.com/guide/topics/ui/settings.html |
| MTRL-00030838 | https://web.archive.org/web/20120802010646/ http://developer.android.com/guide/topics/data/data-storage.html |
| MTRL-00031679 | https://web.archive.org/web/20100326153024/ http://www.google.com/phone/static/en_US-nexusone_tech_specs.html |

| Bates No. | Description |
|---|---|
| MTRL-00031687 | Android 2.2 Froyo Official Video, https://www.youtube.com/watch?v=yAZYSVr2Bhc&t=55s |
| MTRL-00032821 | https://developer.android.com/about/versions/android-2.2-highlights.html/ |
| MTRL-00032871 | https://web.archive.org/web/20100722153034/http://developer.android.com/guide/topics/ui/notifiers/toasts.html |
| MTRL-00000263 | CDD (Android 12) |
| MTRL-00027679 | https://web.archive.org/web/20121004073640/https://developers.google.com/android/c2dm/ ("Android C2DM Framework") |
| MTRL-00030626 | https://web.archive.org/web/20120805090350/http://developer.android.com/guide/google/gcm/adv.html |
| MTRL-00030633 | https://web.archive.org/web/20120805082327/http://developer.android.com/guide/google/gcm/gcm.html |
| MTRL-00030686 | https://developer.android.com/about/versions/android-4.0-highlights#UserFeatures |
| MTRL-00030787 | https://web.archive.org/web/20120805081217/http://developer.android.com/guide/components/intents-filters.html |
| MTRL-00030807 | https://web.archive.org/web/20120805084310/http://developer.android.com/guide/topics/ui/notifiers/index.html |
| MTRL-00030809 | https://web.archive.org/web/20120805080226/http://developer.android.com/guide/components/services.html |
| MTRL-00031203 | Nexus 7 Guidebook, GOOGLE (2012), https://dlcdnet.asus.com/pub/ASUS/EeePAD/Nexus7/Nexus7Guidebook071212ENG.pdf ("Nexus 7 Guidebook") |
| MTRL-00031524 | https://developer.android.com/about/versions/android-2.2#api |
| MTRL-00031555 | https://web.archive.org/web/20100723063104/http://developer.android.com/reference/android/os/BatteryManager.html |
| MTRL-00031568 | https://web.archive.org/web/20100723104620/https://developer.android.com/reference/android/content/Intent.html |
| MTRL-00031643 | https://web.archive.org/web/20100722095220/http://developer.android.com/guide/topics/intents/intents-filters.html |
| MTRL-00031654 | https://web.archive.org/web/20100722162024/http://developer.android.com/reference/android/view/KeyEvent.html |
| MTRL-00031683, MTRL-00033042 | https://googleblog.blogspot.com/2010/01/google-io-2010-now-open-for.html |
| MTRL-00031686 | https://web.archive.org/web/20100722093857/http://developer.android.com/guide/index.html |
| MTRL-00032695 | https://web.archive.org/web/20090303220334/http://developer.android.com/reference/android/app/Activity.html#SavingPersistentState |
| MTRL-00032737 | https://web.archive.org/web/20090303220334/http://developer.android.com/reference/android/app/Activity.html#ProcessLifecycle |

| Bates No. | Description |
| --- | --- |
| MTRL-00032779 | https://web.archive.org/web/20090303220334/ http://developer.android.com/reference/android/ app/Activity.html#ActivityLifecycle |
| MTRL-00033040 | https://web.archive.org/web/20100722153029/ http://developer.android.com/guide/topics/ui/notifiers/index.html |
| MTRL-00339283 | https://developer.android.com/about/versions/ nougat/android-7.0-changes?hl=en |
| MTRL-00339290 | https://developer.android.com/about/versions/12/12L/summary |
| MTRL-00339295 | https://developer.android.com/about/versions/10/features |
| MTRL-00339304 | https://developer.android.com/about/versions/13/summary |
| MTRL-00339687 | https://www.android.com/versions/kit-kat-4-4/ |
| MTRL-00339694 | https://developer.android.com/about/versions/marshmallow |
| MTRL-00339697 | https://developer.android.com/about/versions/nougat/ android-7.0-changes |
| MTRL-00339704 | https://developer.android.com/about/versions/nougat |
| MTRL-00339708 | https://developer.android.com/about/versions/nougat/ android-7.1 |
| MTRL-00339711 | https://developer.android.com/about/versions/oreo/ android-8.1 |
| MTRL-00339715 | https://developer.android.com/about/versions/pie/ android-9.0 |
| MTRL-00339723 | https://developer.android.com/topic/performance/ appstandby#buckets |
| MTRL-00339726 | https://developer.android.com/about/versions/pie/ android-9.0-changes-all |
| MTRL-00339732 | https://developer.android.com/about/versions/kitkat/ android-4.4 |
| MTRL-00339740 | https://developer.android.com/about/versions/oreo/ android-8.0-changes |
| MTRL-00339748 | https://developer.android.com/about/versions/oreo/ android-8.0 |
| MTRL-00339758 | https://developer.android.com/about/versions/ kitkat |
| MTRL-00339766 | https://developer.android.com/about/versions/pie/ android-9.0-changes-all |
| MTRL-00339772 | https://developer.android.com/about/versions/11/ behavior-changes-all |
| MTRL-00339775 | https://developer.android.com/about/versions/12/ behavior-changes-all |
| MTRL-00339782 | https://developer.android.com/about/versions/13/ behavior-changes-all |
| MTRL-00339785 | https://developer.android.com/about/versions/11/ behavior-changes-11 |
| MTRL-00339789 | https://developer.android.com/about/versions/12/ behavior-changes-12 |

| Bates No. | Description |
|---|---|
| MTRL-00339797 | https://developer.android.com/about/versions/10/behavior-changes-10 |
| MTRL-00339800 | https://developer.android.com/guide/topics/manifest/uses-sdk-element#ApiLevels |
| MTRL-00339805 | https://firebase.google.com/docs/cloud-messaging/fcm-architecture |
| MTRL-00339806 | https://developer.android.com/about/versions/13/features |
| MTRL-00339814 | https://developer.android.com/about/versions/11/features |
| MTRL-00339823 | https://developer.android.com/about/versions/12/features |
| MTRL-00339832 | https://firebase.google.com/docs/cloud-messaging/concept-options |
| MTRL-00339839 | https://firebase.google.com/docs/cloud-messaging |
| MTRL-00339840 | https://developer.android.com/reference/android/app/job/JobInfo |
| MTRL-00339856 | https://developer.android.com/reference/android/app/job/JobService |
| MTRL-00339863 | https://developer.android.com/training/scheduling/wakelock |
| MTRL-00339865 | https://developer.android.com/training/monitoring-device-state/doze-standby#understand_doze |
| MTRL-00339869 | https://developer.android.com/training/monitoring-device-state/doze-standby |
| MTRL-00339873 | https://source.android.com/docs/core/power/mgmt |
| MTRL-00339874 | https://developer.android.com/about/versions/pie/power |
| MTRL-00339877 | https://developer.android.com/reference/android/os/PowerManager.WakeLock |
| MTRL-00339882 | https://source.android.com/docs/core/power/routine-battery-saver |
| MTRL-00339884 | https://developer.android.com/topic/libraries/architecture/workmanager |
| MTRL-00339888 | https://firebase.google.com/docs/cloud-messaging/android/message-priority |
| MTRL-00339889 | https://firebase.google.com/docs/cloud-messaging/android/message-priority#data_messages |
| MTRL-00339890 | https://source.android.com/ |
| MTRL-00339892 | Google I/O 2012 - Google Cloud Messaging for Android, https://www.youtube.com/watch?v=YoaP6hcDctM (July 3, 2012) ("Google I/O") |
| MTRL-00339893 | Google I/O 2010 - Keynote Day 2 Android Demo, pt. 2, https://www.youtube.com/watch?v=dBQFXRW5ZiE |
| MTRL-00339925 | https://developer.android.com/about/versions/10/behavior-changes-all |

4

| Bates No. | Description |
|---|---|
| MTRL-00339926 | Google I/O 2012 - Keynote Day 1, https://www.youtube.com/watch?v=VuC0i4xTyrI |
| MTRL-00339926 | Google I/O 2012 - Keynote Day 1, https://www.youtube.com/watch?v=VuC0i4xTyrI |
| MTRL-00339927 | https://developer.android.com/sdk/api_diff/24/changes |
| MTRL-00339979 | https://developer.android.com/sdk/api_diff/25/changes |
| MTRL-00339985 | https://developer.android.com/sdk/api_diff/26/changes |
| MTRL-00340036 | https://developer.android.com/sdk/api_diff/27/changes |
| MTRL-00340054 | https://developer.android.com/sdk/api_diff/28/changes |
| MTRL-00340117 | https://developer.android.com/sdk/api_diff/29/changes |
| MTRL-00340215 | https://developer.android.com/sdk/api_diff/30/changes |
| MTRL-00340269 | https://developer.android.com/sdk/api_diff/31/changes |
| MTRL-00340344 | https://developer.android.com/sdk/api_diff/s-dp1/changes |
| MTRL-00340371 | https://developer.android.com/sdk/api_diff/32/changes |
| MTRL-00340375 | https://developer.android.com/sdk/api_diff/33/changes |
| MTRL-00340437 | https://android-developers.googleblog.com/2010/05/android-cloud-to-device-messaging.html ("Android Developers Blog") |
| MTRL-00340438 | https://android-developers.googleblog.com/2010/04/multitasking-android-way.html ("Hackborn") |
| MTRL-00340439 | https://web.archive.org/web/20220327045307/https://android-developers.googleblog.com/2010/05/android-cloud-to-device-messaging.html ("Huang") |
| MTRL-00340440 | https://developer.android.com/about/versions/android-2.3-highlights ("Gingerbread – Android Developers") |
| MTRL-00340821  (excluding all .git files) | Android 2.2 Source Code (Build ID: FRF85B): -android-2.2_r1_platform_frameworks_base.zip -android-2.2_r1_platform_packages_apps.zip -android-2.2_r1_platform_system_netd.zip |
| MTRL-00340822  (excluding all .git files) | Android 2.3 Source Code (Build ID: GRH55): -android-2.3_r1_platform_frameworks_base.zip -android-2.3_r1_platform_packages_apps.zip -android-2.3_r1_platform_system_netd.zip |
| MTRL-00340823  (excluding all .git files) | Android 4.0 Source Code (Build ID: ITL41D): -android-4.0.1_r1_platform_frameworks_base.zip -android-4.0.1_r1_platform_packages_apps.zip -android-4.0.1_r1_platform_system_netd.zip |
| MTRL-00340824  (excluding all .git files) | Android 4.1 Source Code (Build ID: JRO03C): -android-4.1.1_r1_platform_frameworks_base.zip -android-4.1.1_r1_platform_packages_apps.zip -android-4.1.1_r1_platform_system_netd.zip |
| MTRL-00340825  (excluding all .git files) | Android 4.4 Source Code (Build ID: KRT16M): -android-4.4_r1_platform_frameworks_base.zip -android-4.4_r1_platform_packages_apps.zip -android-4.4_r1_platform_system_netd.zip |
| MTRL-GOOG-00000044 | Amendment No.2 to EMADA |
| MTRL-GOOG-00000230 | Incentive Implementation Requirements |

| Bates No. | Description |
| --- | --- |
| MTRL-GOOG-00000328 | Android Compatibility Agreement (ACC) - 2018 |
| MTRL-GOOG-00000346 | Mobile Application Distribution Agreement (MADA) - 2018 |
| MTRL-GOOG-00001555 | GMS 10 (Android 13) Requirements  pages 1-30.pdf |
| MTRL-GOOG-00001585 | GMS 10 (Android 13) Requirements  pages 120-150.pdf |
| MTRL-GOOG-00001616 | GMS 10 (Android 13) Requirements  pages 150-180.pdf |
| MTRL-GOOG-00001647 | GMS 10 (Android 13) Requirements  pages 180-209.pdf |
| MTRL-GOOG-00001677 | GMS 10 (Android 13) Requirements  pages 30-60.pdf |
| MTRL-GOOG-00001708 | GMS 10 (Android 13) Requirements  pages 60-90.pdf |
| MTRL-GOOG-00001739 | GMS 10 (Android 13) Requirements  pages 90-120.pdf |
| MTRL-GOOG-00001770 | GMS 6.0 Requirements.pdf |
| MTRL-GOOG-00001835 | GMS 6.1 Requirements.pdf |
| MTRL-GOOG-00001901 | GMS 6.2 Requirements.pdf |
| MTRL-GOOG-00001967 | GMS 6.3 Requirements.pdf |
| MTRL-GOOG-00002037 | GMS 6.4 Requirements.pdf |
| MTRL-GOOG-00002111 | GMS 6.5 Requirements.pdf |
| MTRL-GOOG-00002185 | GMS 7.0 (Android 10) Requirements.pdf |
| MTRL-GOOG-00002306 | GMS 7.1 (Android 10 - October 2019).pdf |
| MTRL-GOOG-00002428 | GMS 7.2 (Android 10 - Dec 2019).pdf |
| MTRL-GOOG-00002556 | GMS 7.3 (Android 10 - March 2020).pdf |
| MTRL-GOOG-00002684 | GMS 7.4 (Android 10 - June 2020).pdf |
| MTRL-GOOG-00002818 | GMS 8.0 (Android 11).pdf |
| MTRL-GOOG-00002974 | GMS 8.1 (Android 11 - November.pdf |
| MTRL-GOOG-00003153 | GMS 9.0 (Android 12).pdf |
| MTRL-GOOG-00003332 | GMS 9.1 (Android 12 - March 2022).pdf |
| MTRL-GOOG-00003554 | GMS 9.2 (Android 12 - May 2022).pdf |
| MTRL-GOOG-00003604 | GMS Requirements - GMS Help.pdf |
| MTRL-GOOG-00003619 | Android 9 GMS Release Notes.pdf |
| MTRL-GOOG-00003623 | Android_GMS_October2018_Update_Release_Notes.pdf |
| MTRL-GOOG-00003630 | Android_P_GMS_Requirements_Final.pdf |
| MTRL-GOOG-00003684 | Android_P_GMS_Requirements_Preview.pdf |
| MTRL-GOOG-00003738 | GMS Requirement - Pi release.xlsx |
| MTRL-GOOG-00004048 | Mobile Application Distribution Agreement (MADA) - July 2017 amendment |
| MTRL-GOOG-00004049 | Mobile Application Distribution Agreement (MADA) - December 2017 amendment |
| MTRL-GOOG-00004050 | Mobile Application Distribution Agreement (MADA) - March 2017 amendment |
| MTRL-GOOG-00004051 | Mobile Application Distribution Agreement (MADA) - September 2017 amendment |
| MTRL-GOOG-00004052 | Mobile Application Distribution Agreement (MADA) - January 2017 amendment |
| MTRL-GOOG-00004053 | Mobile Application Distribution Agreement (MADA) - January 2020 amendment |
| MTRL-GOOG-00004058 | Mobile Application Distribution Agreement (MADA) - January 2022 amendment |

| Bates No. | Description |
|---|---|
| MTRL-GOOG-00004062 | Mobile Application Distribution Agreement (MADA) - March 2023 amendment |
| MTRL-GOOG-00005450 | OHA Cooperative Marketing Agreement.PDF |
| MTRL-GOOG-00006478 | https://source.android.com/compatibility/2.3/android-2.3-cdd.pdf |
| SEVEN_MOTOROLA-00079891 | https://firebase.google.com/docs/cloud-messaging/concept-options |
| SEVEN_MOTOROLA-00079906 | https://developer.android.com/reference/android/content/AbstractThreadedSyncAdapter |
| SEVEN_MOTOROLA-00079918 | https://developer.android.com/reference/android/app/AlarmManager |
| SEVEN_MOTOROLA-00079941 | https://developer.android.com/reference/android/app/AlarmManager |
| SEVEN_MOTOROLA-00079974 | https://developer.android.com/about/versions/nougat/android-7.0-changes |
| SEVEN_MOTOROLA-00079996 | https://developer.android.com/topic/performance/appstandby |
| SEVEN_MOTOROLA-00080000 | https://developer.android.com/about/versions/oreo/background |
| SEVEN_MOTOROLA-00080006 | https://developer.android.com/topic/performance/background-optimization |
| SEVEN_MOTOROLA-00080013 | https://firebase.google.com/docs/cloud-messaging/send-message |
| SEVEN_MOTOROLA-00080230 | https://support.google.com/accounts/answer/27441 |
| SEVEN_MOTOROLA-00080232 | https://developer.android.com/training/sync-adapters/creating-sync-adapter |
| SEVEN_MOTOROLA-00080244 | https://developer.android.com/reference/android/text/format/DateUtils#formatElapsedTime(long) |
| SEVEN_MOTOROLA-00080293 | https://firebase.google.com/docs/cloud-messaging/fcm-architecture |
| SEVEN_MOTOROLA-00080306 | https://firebasegoogle.com/products/cloud-messaging |
| SEVEN_MOTOROLA-00080312 | https://firebase.google.com/docs/cloud-messaging/ |
| SEVEN_MOTOROLA-00080317 | https://developer.android.com/guide/components/foreground-services |
| SEVEN_MOTOROLA-00080347 | https://developer.android.com/guide/background |
| SEVEN_MOTOROLA-00080355 | https://support.google.com/googleplay/answer/2521798?hl=en |
| SEVEN_MOTOROLA-00080373 | https://developer.android.com/reference/javax/net/ssl/HttpsURLConnection |
| SEVEN_MOTOROLA-00080402 | https://developer.android.com/reference/java/net/HttpURLConnection |

| Bates No. | Description |
|---|---|
| SEVEN_MOTOROLA-00080451 | https://firebase.google.com/docs/reference/android/com/google/firebase/iid/InstanceIdResult |
| SEVEN_MOTOROLA-00080454 | https://developer.android.com/reference/android/app/job/JobInfo |
| SEVEN_MOTOROLA-00080489 | https://developer.android.com/reference/android/app/job/JobInfo.Builder.html |
| SEVEN_MOTOROLA-00080523 | https://developer.android.com/reference/android/app/job/.JobScheduler |
| SEVEN_MOTOROLA-00080534 | https://developer.android.com/training/scheduling/wakelock |
| SEVEN_MOTOROLA-00080539 | https://developer.android.com/training/scheduling |
| SEVEN_MOTOROLA-00080540 | https://developer.android.com/training/connectivity/minimize-effect-regular-updates |
| SEVEN_MOTOROLA-00080606 | https://developer.android.com/training/monitoring-device-state/doze-standby |
| SEVEN_MOTOROLA-00080615 | https://developer.android.com/training/basics/network-ops/data-saver |
| SEVEN_MOTOROLA-00080619 | https://developers.google.com/android/guides/overview |
| SEVEN_MOTOROLA-00080621 | https://source.android.com/devices/tech/power/platform_mgmt |
| SEVEN_MOTOROLA-00080626 | https://developer.android.com/topic/performance/power/power-details |
| SEVEN_MOTOROLA-00080629 | https://developer.android.com/about/versions/pie/power |
| SEVEN_MOTOROLA-00080635 | https://source.android.com/docs/core/power/mgmt |
| SEVEN_MOTOROLA-00080641 | https://firebase.google.com/docs/cloud-messaging/android/receive |
| SEVEN_MOTOROLA-00080653 | https://developer.android.com/topic/libraries/architecture/workmanager |
| SEVEN_MOTOROLA-00080667 | https://firebase.google.com/docs/cloud-messaging/android/first-message |
| SEVEN_MOTOROLA-00080676 | https://firebase.google.com/docs/cloud-messaging/android/upstream |
| SEVEN_MOTOROLA-00080679 | https://developer.android.com/guide/components/services#Foreground |
| SEVEN_MOTOROLA-00080751 | https://firebase.google.com/docs/cloud-messaging/android/client |
| SEVEN_MOTOROLA-00080757 | https://developer.android.com/reference/android/provider/Settings.Secure#ANDROID_ID |
| SEVEN_MOTOROLA-00080863 | https://developer.android.com/reference/android/net/SocketKeepalive |
| SEVEN_MOTOROLA-00080872 | https://developer.android.com/reference/android/app/usage/UsageStatsManager |

| Bates No. | Description |
|---|---|
| SEVEN_MOTOROLA-00080889 | android-10.0.0_r1_platform_frameworks_base.zip |
| SEVEN_MOTOROLA-00080890 | android-10.0.0_r1_platform_packages_apps_settings.zip |
| SEVEN_MOTOROLA-00080891 | android-10.0.0_r1_platform_system_netd.zip |
| SEVEN_MOTOROLA-00080892 | android-11.0.0_r1_platform_frameworks_base.zip |
| SEVEN_MOTOROLA-00080893 | android-11.0.0_r1_platform_packages_apps_settings.zip |
| SEVEN_MOTOROLA-00080894 | android-11.0.0_r1_platform_system_netd.zip |
| SEVEN_MOTOROLA-00080895 | android-12.0.0_r1_platform_packages_apps_settings.zip |
| SEVEN_MOTOROLA-00080896 | android-12.0.0_r1_platform_system_netd.zip |
| SEVEN_MOTOROLA-00080897 | android-6.0.0_r1_platform_frameworks_base.zip |
| SEVEN_MOTOROLA-00080898 | android-6.0.0_r1_platform_packages_apps_settings.zip |
| SEVEN_MOTOROLA-00080899 | android-6.0.0_r1_platform_system_netd.zip |
| SEVEN_MOTOROLA-00080900 | android-7.0.0_r1_platform_frameworks_base.zip |
| SEVEN_MOTOROLA-00080901 | android-7.0.0_r1_platform_packages_apps_settings.zip |
| SEVEN_MOTOROLA-00080902 | android-7.0.0_r1_platform_system_netd.zip |
| SEVEN_MOTOROLA-00080903 | android-8.0.0_r1_platform_frameworks_base.zip |
| SEVEN_MOTOROLA-00080904 | android-8.0.0_r1_platform_packages_apps_settings.zip |
| SEVEN_MOTOROLA-00080905 | android-8.0.0_r1_platform_system_netd.zip |
| SEVEN_MOTOROLA-00080906 | android-9.0.0_r1_platform_frameworks_base.zip |
| SEVEN_MOTOROLA-00080907 | android-9.0.0_r1_platform_packages_apps_settings.zip |
| SEVEN_MOTOROLA-00080913 | Settlement and License Agreement between SEVEN Networks, LLC and Google LLC |
| SEVEN_MOTOROLA-00083175 | https://developer.android.com/guide/background |
| SEVEN_MOTOROLA-00083529 | https://developer.android.com/guide/componentslactivitiesfprocess-lifecycle |
| SEVEN_MOTOROLA-00083560 | https://developer.android.com/guide/components/services#Foreground |

| Bates No. | Description |
| --- | --- |
| SEVEN_MOTOROLA-00085319 | android-12.0.0_r1_platform_frameworks_base.zip |
| SEVEN_MOTOROLA-00119054 | android-13.0.0_r1_platform_frameworks_base (1).zip |
| SEVEN_MOTOROLA-00119055 | android-13.0.0_r1_platform_packages_apps_settings (1).zip |
| SEVEN_MOTOROLA-00119356 | https://source.android.com/docs/setup/about/android-10-release |
| SEVEN_MOTOROLA-00119388 | https://source.android.com/docs/setup/about/android-11-release |
| SEVEN_MOTOROLA-00119414 | https://source.android.com/docs/setup/about/android-12-release |
| SEVEN_MOTOROLA-00119438 | https://source.android.com/docs/setup/about/android-13-release |
| SEVEN_MOTOROLA-00119461 | https://source.android.com/docs/setup/about/p-release-notes |
| SEVEN_MOTOROLA-00122766 | https://developer.android.com/about/versions/marshmallow/android-6.0-changes |
| SEVEN_MOTOROLA-00122837 | https://source.android.com/docs/core/data/data-saver |
| SEVEN_MOTOROLA-00122844 | https://developer.android.com/reference/android/os/PowerManager |
| SEVEN_MOTOROLA-00122903 | http://web.archive.org/web/20160430214527/https://support.google.com/nexus/answer/6187458?hI=en |
| SEVEN_MOTOROLA-00122906 | https://developer.android.com/referenoe/android/app/job/JobWorkItem |
| SEVEN_MOTOROLA-00122925 | https://developer.android.com/guide/components/activities/state-changes |
| SEVEN_MOTOROLA-00123044 | https://www.deepmind.com/blog/deepmind-meet-android |
| SEVEN_MOTOROLA-00123048 | https://chromium.googlesource.com/chromium/src/google_apis/%2B/refs/heads/main/gcm/engine/mcs_client.h |
| SEVEN_MOTOROLA-00123121 | https://developer.android.com/referenoe/android/app/job/JobParameters |
| SEVEN_MOTOROLA-00123194 | https://developer.android.com/referenoe/android/app/usage/UsageEvents.Event |
| SEVEN_MOTOROLA-00123205 | https://developer.android.com/reference/android/app/usage/UsageStats |
| SEVEN_MOTOROLA-00131867 | https://developer.android.com/reference/android/app/ActivityManager |
| SEVEN_MOTOROLA-00131891 | https://developer.android.com/referenoe/android/app/ActivityManager.AppTas |
| SEVEN_MOTOROLA-00131895 | https://developer.android.com/reference/android/app/ActivityManager.RecentTaskInfo |
| SEVEN_MOTOROLA-00131900 | https://developer.android.com/referenoe/android/app/ActivityManager.RunningAppProcessInfo |

| Bates No. | Description |
|---|---|
| SEVEN_MOTOROLA-00131912 | https://developer.android.com/reference/android/app/ActivityManager.RunningServiceInfo |
| SEVEN_MOTOROLA-00131921 | https://developer.android.com/reference/android/app/ActivityManager.RunningTaskInfo |
| SEVEN_MOTOROLA-00131926 | https://source.android.com/docs/core/power/app_mgmt |
| SEVEN_MOTOROLA-00131932 | https://developer.android.com/reference/android/net/ConnectivityManager |
| SEVEN_MOTOROLA-00131974 | Google I/O 2014 - Introduction to Project Volta, https://www.youtube.com/watch?v=KzSKIpJepUw |
| SEVEN_MOTOROLA-00131975 | Google I/O 2014 - What's New in Android, https://www.youtube.com/watch?v=3TtVsy98ces |
| SEVEN_MOTOROLA-00131976 | Google I/O 2015 - Google Cloud Messaging 3.0, https://www.youtube.com/watch?v=gJatfdattno |
| SEVEN_MOTOROLA-00131977 | Googe I/O 2015 - Keynote, https://www.youtube.com/watch?v=7V-fIGMDsmE |
| SEVEN_MOTOROLA-00131978 | Google I/O 2015 - What's New in Android, https://www.youtube.com/watch?v=ndBdf1_oOGA |
| SEVEN_MOTOROLA-00131979 | Introducing Firebase Cloud Messaging, https://www.youtube.com/watch?v=sioEY4tWmLI |
| SEVEN_MOTOROLA-00131980 | https://developer.android.com/reference/android/app/job/JobInfo.Builder |
| SEVEN_MOTOROLA-00132014 | android-13.0.0_r1_platform_system_netd.zip |
| SEVEN_MOTOROLA-00132015 | android-9.0.0_r1_platform_system_netd.zip |
| SEVEN_MOTOROLA-00132016 | Google I/O 2016 GCM Performance Factors, https://www.youtube.com/watch?v=I-0y0BYPYvo |

Dated: January 5, 2024

Respectfully submitted,

*/s/ Samuel Baxter*
Samuel F. Baxter
Lead Attorney
sbaxter@mckoolsmith.com
Jennifer Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Radu Lelutiu
rlelutiu@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
Christopher McNett
cmcnett@mckoolsmith.com
MCKOOL SMITH, P.C.
395 9th Avenue, 50th Floor
New York, New York 10001
Telephone: (212) 402-9400

Eric Hansen
ehansen@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

**ATTORNEYS FOR PLAINTIFF SEVEN NETWORKS, LLC**

By: */s/ Justin P.D. Wilcox*
Justin P.D. Wilcox (*pro hac vice*)
David J. Shaw (*pro hac vice*)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006
Telephone: 202-451-4900
Facsimile: 202-451-4901
Email: jwilcox@desmaraisllp.com
dshaw@desmaraisllp.com

John M. Desmarais (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)
Ryan G. Thorne (*pro hac vice*)
Jordan T. Owens (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
Email: jdesmarais@desmaraisllp.com
sbalcof@desmaraisllp.com
rthorne@desmaraisllp.com
jowens@desmaraisllp.com

Kevin J. Gu (*pro hac vice*)
Christopher J. Hall (*pro hac vice*)
DESMARAIS LLP
101 California Street
Suite 3070
San Francisco, CA 94111
Telephone: 415-573-1900
Facsimile: 415-573-1901
Email: kgu@desmaraisllp.com
chall@desmaraisllp.com

Eric Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: 903-534-1100
Facsimile: 903-534-1137
Email: efindlay@findlaycraft.com
bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANT**
**MOTOROLA MOBILITY LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 5, 2024.

>*/s/  Kevin Schubert*
>Kevin Schubert
>kschubert@mckoolsmith.com
>MCKOOL SMITH P.C.
>395 9th Avenue, 50th Floor
>New York, New York 10001
>Telephone: (212) 402-9400
>Facsimile: (212) 402-9444