**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **SEVEN NETWORKS, LLC,** | |
| **Plaintiff** | |
| **v.** | **CASE NO. 3:21-cv-1036-N** |
| **MOTOROLA MOBILITY LLC,** **Defendant.** | |

## ORDER

Having reviewed and considered Plaintiff SEVEN Networks LLC's Unopposed Motion for Leave for SEVEN to Amend Infringement Contentions, the Court is of the opinion that it should be GRANTED.  Plaintiff may serve amended infringement contentions to include the additional product listed in the Motion, consistent with the amended cover pleading attached as Exhibit 1 to the Motion.

SO ORDERED, this _____ day of _____, 2024.


_____
David C. Godbey
United States District Judge

1