IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC,<br><br>   Plaintiff<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br>   Defendant. | CASE NO. 3:21-cv-1036-N |

## ORDER

Having reviewed and considered Plaintiff SEVEN Networks LLC's Unopposed Motion for Leave for SEVEN to Amend Infringement Contentions, the Court is of the opinion that it should be GRANTED. Plaintiff may serve amended infringement contentions to include the additional product listed in the Motion, consistent with the amended cover pleading attached as Exhibit 1 to the Motion (Moto G Play (2024)).

Signed March 29, 2025.

David C. Godbey
Chief United States District Judge

1