IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>      Defendant. | Civil Action No. 3:21-cv-1036-N<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Plaintiff SEVEN Networks, LLC and Defendant Motorola Mobility LLC (together, the parties) submit this joint motion to modify certain dates in the Court's February 26, 2024 Agreed Order Modifying the Scheduling Order (Dkt. No. 243) and respectfully show the following:

1. Under the Court's Modified Scheduling Order, rebuttal expert reports are due on May 1, 2024. The deadline for the parties to file dispositive and *Daubert* motions is currently May 16, 2024.

2. The parties have agreed to extend the deadline to serve rebuttal expert reports from May 1, 2024 to May 3, 2024.

3. The parties have worked diligently to schedule the depositions of the expert witnesses. However, due to scheduling conflicts of the expert witnesses, expert depositions are unable to be completed until May 16, 2024. The parties seek two (2) additional business days to prepare and file motions.

4. Under the proposed schedule, rebuttal reports will be due May 3, 2024, and motions will be due on May 20, 2024. Discovery will still close May 16, 2024.

5.      Good cause exists for this request because the requested extensions are necessary to permit orderly and complete discovery.

Dated: April 29, 2024

Respectfully submitted,

*/s/ David J. Shaw*
Justin P.D. Wilcox *(pro hac vice)*
David J. Shaw *(pro hac vice)*
**DESMARAIS LLP**
1899 Pennsylvania Avenue NW Suite 400
Washington, DC 20006
Telephone: 202-451-4900
Facsimile: 202-451-4901
Email: jwilcox@desmaraisllp.com
dshaw@desmaraisllp.com

John M. Desmarais (*pro hac vice*)
Steven M. Balcof *(pro hac vice)*
Ryan G. Thorne *(pro hac vice)*
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
Email: jdesmarais@desmaraisllp.com
sbalcof@desmaraisllp.com
rthorne@desmaraisllp.com

Eric Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
**FINDLAY CRAFT, P.C.**
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: 903-534-1100
Facsimile: 903-534-1137
Email: efindlay@findlaycraft.com
bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANT MOTOROLA MOBILITY LLC**

*/s/ Sam Baxter*
Samuel F. Baxter Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com

2

Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Radu Lelutiu rlelutiu@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
Chris McNett
cmcnett@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

Eric Hansen
Texas State Bar No. 19196650
ehansen@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Geoffrey Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701

**ATTORNEYS FOR PLAINTIFF SEVEN NETWORKS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically served on all parties of record through the CM/ECF system and via email on April 29, 2024.

*/s/ Kevin Schubert*

**CERTIFICATE OF CONFERENCE**

Counsel for Motorola has conferred with counsel for SEVEN. The parties jointly request the relief sought herein.

*/s/ Kevin Schubert*