IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SEVEN NETWORKS, LLC<br><br>　　Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>　　Defendant. | Civil Action No.  3:21-cv-01036-N<br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES

Plaintiff SEVEN Networks, LLC and Defendant Motorola Mobility, LLC have settled in principle.  Accordingly, the parties jointly move the Court to stay any and all unreached deadlines contained in the Court's Docket Control Order for forty-five (45) days in order to finalize the settlement of this matter and file appropriate dismissal papers

Dated:  August 5, 2024

Respectfully submitted,

**MCKOOL SMITH, P.C.**

/s/ *Robert M. Manley*
Robert M. Manley
Lead Attorney
Texas State Bar No. 787955
rmanley@mckoolsmith.com
Eric Hansen
Texas State Bar No. 19196650
ehansen@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer Truelove

Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Radu Lelutiu
rlelutiu@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
Chris McNett
cmcnett@mckoolsmith.com
Mariel Talmage
mtalmage@mckoolsmith.com
**MCKOOL SMITH, P.C.**
395 9th Avenue, 50th Floor
New York, NY 10001

Geoff Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
Charles E. Fowler (admitted pro hac vice)
Texas State Bar No.
cfowler@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701

**ATTORNEYS FOR PLAINTIFF
SEVEN NETWORKS, LLC**


**DESMARAIS LLP**

*/s/ Christopher J. Schwegmann*

Justin P.D. Wilcox *(pro hac vice)*
David J. Shaw *(pro hac vice)*
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006
Telephone: 202-451-4900
Facsimile: 202-451-4901

Email: jwilcox@desmaraisllp.com
dshaw@desmaraisllp.com

John M. Desmarais (*pro hac vice*)
Steven M. Balcof *(pro hac vice)*
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
Email: jdesmarais@desmaraisllp.com
sbalcof@desmaraisllp.com

Eric Findlay (State Bar No. 00789886)
Brian Craft (State Bar No. 04972020)
FINDLAY CRAFT, P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: 903-534-1100
Facsimile: 903-534-1137
Email: efindlay@findlaycraft.com
bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANT MOTOROLA MOBILITY LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 5, 2024.

/s/ <i>Robert M. Manley</i>