# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **SEVEN NETWORKS, LLC**<br><br>　　Plaintiff,<br><br>v.<br><br>**MOTOROLA MOBILITY, LLC,**<br><br>　　Defendant. | **Civil Action No.  3:21-cv-01036-N**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the Parties' Joint Motion to Stay All Deadlines.  The Court, having considered same, is of the opinion the motion should be GRANTED.  The parties are ordered to provide confirmation of settlement or status within 45 days of this order.

SIGNED this _____ day of _____, 2024.

_____
JUDGE DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE