**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SEVEN NETWORKS, LLC** | |
| **Plaintiff,** | Civil Action No.  3:21-cv-01036-N |
| **v.** | |
| **MOTOROLA MOBILITY LLC** | **JURY TRIAL REQUESTED** |
| **Defendant.** | |

### JOINT MOTION TO DISMISS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties have settled their dispute and Plaintiff, SEVEN Networks, LLC, ("SEVEN") and Defendant, Motorola Mobility LLC ("Motorola"), respectfully request that this Court dismiss WITH PREJUDICE all claims brought by SEVEN, and that the Court dismiss WITHOUT PREJUDICE all counterclaims brought by Motorola, pursuant to a separate license agreement which is incorporated by reference. Each party bears its own costs, expenses and attorneys' fees.

Dated:  September 20, 2024          Respectfully submitted,

**MCKOOL SMITH, P.C.**

/s/ *Robert M. Manley*
Robert M. Manley
Lead Attorney
Texas State Bar No. 787955
rmanley@mckoolsmith.com
Eric Hansen
Texas State Bar No. 19196650
ehansen@mckoolsmith.com
300 Crescent Court, Suite 1500

Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Radu Lelutiu
rlelutiu@mckoolsmith.com
Kevin Schubert
kschubert@mckoolsmith.com
Chris McNett
cmcnett@mckoolsmith.com
Mariel Talmage
mtalmage@mckoolsmith.com
**MCKOOL SMITH, P.C.**
395 9th Avenue, 50th Floor
New York, NY 10001

Geoff Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
Charles E. Fowler (admitted pro hac vice)
Texas State Bar No.
cfowler@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701

**ATTORNEYS FOR PLAINTIFF
SEVEN NETWORKS, LLC**


**DESMARAIS LLP**

*/s/ Christopher J. Schwegmann*