IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SEVEN NETWORKS, LLC**<br><br>  Plaintiff,<br><br>v.<br><br>**MOTOROLA MOBILITY LLC**<br><br>  Defendant. | Civil Action No. 3:21-cv-01036-N<br><br>JURY TRIAL REQUESTED |

## [PROPOSED] ORDER

Before the Court is the Joint Motion to Dismiss of Plaintiff SEVEN Networks, LLC ("SEVEN") and Defendant Motorola Mobility LLC ("Motorola"). Having considered the motion, the Court finds that the motion should be GRANTED. It is therefore ORDERED that all claims brought by SEVEN are DISMISSED with prejudice, and all counterclaims brought by Motorola are DISMISSED without prejudice, in light of the parties' license agreement which is incorporated by reference. Each party shall bear their own costs of court, expenses, and attorneys' fees.

  Signed _____, 2024.

_____<br>
David C. Godbey<br>
Chief United States District Judge